IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIDGING COMMUNITIES, INC.,

    Plaintiffs,

vs.

TOP FLITE FINANCIAL, INC.,

    Defendant.

_____/

Case No. 09-14971
Hon. Lawrence P. Zatkoff

**ORDER TO STAY**

On June 27, 2011, the United States Supreme Court agreed to accept review of the United States Court of Appeals for the Eleventh Circuit's decision in *Mims v. Arrow Fin. Servs.,* LLC. *See Mims v. Arrow Fin. Servs., LLC*, 421 F. App'x 920 (11th Cir. 2010), cert. granted, 131 S. Ct. 3063 (U.S. June 27, 2011) (No. 10-1195). The United States Supreme Court set oral argument for November 28, 2011.

Based on the United States Supreme Court's decision to review the case, the Court finds that the interests of justice weigh heavily in favor of staying this lawsuit until the United States Supreme Court issues its ruling on the legal issues presented in *Mims*. Accordingly, this case is hereby STAYED until such time as the United States Supreme Court issues its ruling on the legal issues presented in *Mims*.

IT IS SO ORDERED.

                S/Lawrence P. Zatkoff

                LAWRENCE P. ZATKOFF
                UNITED STATES DISTRICT JUDGE

Dated:  November 21, 2011

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on November 21, 2011.

                S/Marie E. Verlinde

                Case Manager
                (810) 984-3290