IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| BRIDGING COMMUNITIES, INC., a Michigan corporation, and GAMBLE PLUMBING & HEATING, INC., a Michigan corporation, <br><br>     Plaintiffs,<br>v.<br><br>TOP FLITE FINANCIAL, INC.,<br><br>     Defendant. | Case No.: 2:09-cv-14971<br><br>Hon. Avern Cohn |

## JUDGMENT

For the reason set forth in the Order issued this date, IT IS HEREBY ORDERED that JUDGMENT is entered against Defendant awarding Plaintiff Gamble Plumbing & Heating, Inc., only, the following relief:

1. An award of money damages in the amount of One Thousand Five Hundred Fifty ($1,550.00) Dollars;

2. Costs pursuant to Fed. R. Civ. P. 54(d)(1) and 28 U.S.C. § 1920 accrued through the date of this Judgment.  Plaintiff Gamble Plumbing and Hearing, Inc. shall file a Motion and submit its bill of costs to the court pursuant to Fed. R. Civ. P. 54 and 28 U.S.C. § 1920.

3. Top Flite Financial, Inc. and any agent acting on its behalf, is enjoined from using any telephone facsimile machine, computer, or other device to send any unsolicited facsimile advertisement to any facsimile machine, person, or entity in violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227.

THIS IS A FINAL ORDER AND CLOSES THE CASE.

        s/Avern Cohn
        U.S. DISTRICT COURT JUDGE