AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |  |
|---|---|---|
| _____ *Plaintiff* <br> v. <br> _____ *Defendant* | ) ) ) ) ) | Case No. |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____          _____
                                                                *Attorney's signature*

                                                       _____
                                                                *Printed name and bar number*

                                                       _____
                                                                *Address*

                                                       _____
                                                                *E-mail address*

                                                       _____
                                                                *Telephone number*

                                                       _____
                                                                *FAX number*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 10, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                   /s/ Ross M. Good